AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.
AUG 2 3 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| United States of America<br>v.<br>SCOTT A. BLAKE<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 12-8336-JMH<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 18 through July 26, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Attempting to Entice a Minor to Engage in an Unlawful Sex Act |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Agent Charles Ramos
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __08/23/2012__

_Judge's signature_

City and state: __West Palm Beach, Florida__    U.S. Magistrate Judge James M. Hopkins
_Printed name and title_

## AFFIDAVIT OF
## DETECTIVE CHARLES F. RAMOS
## BOYNTON BEACH POLICE DEPARTMENT

I, Detective Charles F. Ramos, after being duly sworn, depose and state:

1. I am a Detective with the Boynton Beach Police Department. I am currently assigned to the Criminal Investigations Division. I have been employed with the Boynton Beach Police Department since 2001. I have been a Detective with the Boynton Beach Police Department since 2006. I have been assigned to the investigation of cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search, arrest and seizure warrants. I have also received training on the aforementioned investigations through various training throughout the United States, including courses given by the Department of Justice. In 2008, I was assigned as a Task Force member to the South Florida Internet Crimes Against Children Task Force. Since that time, I have participated in approximately fifty investigations involving child exploitation on the internet

1

and child pornography distribution investigations on the internet. I am also an instructor with the Boynton Beach Police Department in child sexual abuse investigations.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Section 2252, *et seq.*

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies; I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through various training schools. I

2

have assisted in several child pornography and child exploitation investigations which have involved reviewing examples of child pornography in all forms of media, including computer media, and I have discussed and reviewed these materials with other law enforcement officers.

4. The facts pertaining to this case have been investigated by me and some relayed to me by other members of law enforcement.

5. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in this affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize the arrest of Scott A. Blake.

6. This affidavit is made in support of a criminal complaint against Scott A. Blake, for a violation of Title 18, United States Code, Section 2422(b), that is, attempted enticement of a minor to engage in an unlawful sexual activity.

7. It should be noted that during some of the conversations that follow, I was communicating from Palm Beach County, in the Southern District of Florida, via the

3

Internet, using Boyahoy, Grindr whose servers are located in California.

8. All communications between me and the suspect were digitally preserved.

9. On 7-18-12, I was working in an undercover capacity online in a social network. My undercover persona was that of a boy child. I received a private message from screen name "Scott" saying "Hi". I responded back to Blake on 7-19-12 and say "Hi." Blake then asked me how I was doing and I said good. Blake went on to say "Nice. What's going on?." I told him "Just chillin". He replied "Nice. Just shopping. Being lazy today.  I replied "Not raining today so it's a good day." Blake replied "Yes Maybe pool or the beach later. Going to fort Lauderdale beach for Friday-Sunday. J" I replied "sounds nice". Blake replied "yeah. You in school ? working ?." I replied "summer break" Blake replied "Nice" Blake replied "You look younger than 25 hehe. Blake was referring to my profile picture which was of a child. In my online undercover profile I had the age 25. I replied back to Blake "I am  I'm 15". Blake replied "Lol. Oh ok. Hehe." Blake replied "Too bad you aren't legal. Lol". I replied "Why." Blake stated "we could meet and say hello". I replied "I guess".  I told him I was hanging out with my friends and

4

he said "cool" Have Fun" I said "k cya". Then Blake sent me a smiley face that was winking. Blake asked me what my friends did for fun and I replied "mall beach what ever we think of." BLAKE stated "cool they like boys?" I replied "no." Blake then asked me about the oldest guy that I had been with (aka sex). I said 21 and he went to college. Blake then asked me "Cool. What u do with him?" (sexually). I replied with "messed around a little." Blake replied "I bet". Blake stated "I met a 17 yr old last week." I asked if he was cool. Blake stated "He was staying with his parents at a hotel but had his own room. It was hot," and then a smiley face winking. Blake asked me what beaches or mall do I hang out at. He stated that Gardens mall and Juno beach were by him. I told him that I go to Boynton Beach mall. Blake stated that Gardens mall has lots of boys like Boca Lol." Blake stated that the boys were nice like me. Blake then stated for me to e-mail him at sab561@att.net or text his cell 561-312-3656. Blake also said his Facebook name was Scott A Blake. I told Blake I sent him a text. The text was of my UC name. We texted about what his plans were this weekend. Blake asked for more pictures of the boy (i.e. my persona). Blake stated the name of the hotel he was staying at.

5

10. On 7-20-12 I texted Blake that I sent him a picture on the social network. Blake stated that he sometimes goes to Key West but does not get naked there. He wears a bathing suit so he doesn't get sun burned. I told him I have a pair of nice surf shorts. Blake replied "Nice. Bet they look good". Blake stated he was in the process of driving to Ft. Lauderdale and that he has his phone and laptop with him. Blake stated that I could text him anytime. Blake stated that he wished that I could come with him to the hotel, Blake stated "HOT". Blake stated that it could be dangerous if I come with him to the hotel. I told him it would be hard for me to explain why I was gone for the weekend. I told him my mom would freak out. Blake asked if I had brothers or sisters. Blake stated keep in touch and I said I would. When Blake arrived at his hotel he texted me he was by the pool. Blake then sent me pictures of his hotel room. Blake then sent me more pictures of himself. Blake then asked me "What is your height and weight? I told him my height and weight and he stated "WOW. Sexy. Someone who gets u will be very lucky" Blake stated that he was much older then me. I told him that was not important and he stated "Yeah but unfortunately that isn't what the law says lol". Blake stated "I would happy to babysit you anytime" and then

6

a smiley face winking. Blake stated "Sorry. A bit horny here…lol" Blake stated "Well maybe exchange more pics if you are comfy with that and figure out where we can meet up a few"

   11.   Blake stated "I need a boy to cuddle with and take a nap this afternoon."  I stated "awwwww ur a gentle person." Blake stated "I am. But can be aggressive around a naked boy. Lol" Blake stated "Did I scare you off?" Blake stated 'I am a daddy—I don't scare I love my boys. Lol." Blake asked me what I was doing and I said spending time chatting with him. Blake state "Awe. Wish I could see u." I said he could when he gets back. Blake stated "Except I would need to put clothes on lol." Blake asked me what school I attend but I did not answer him. I told him I go to the beach and I go see movies and go to parties. Blake replied "cool" Blake stated "what kind of partying." I said drinking beer or drinks or what ever. Blake stated "Oh ok." Blake stated "SEX". Blake stated that he needed to go online and get some daddy and son porn. I told him that I watch porn too. Blake asked me if I jerk off a lot. I said I do and he said "That's hot. Nice visual lol."  Blake stated that he jerks off once or twice a day. Blake stated that most younger guys like to fuck a lot. Blake stated that

7

"It's Hot! Love that hard young cock". Blake stated that I was probably hard right now. Blake stated "Thinking about cuddling naked with a guy. Kissin, playing with his nice smooth ass smiley face winking. Blake stated that he has a fetish for feet. Blake stated that he was watching porn right now. Blake stated that he wished we were together. Blake stated "but that would might be dangerous hehe" and then a smiley face. I asked him why? He said to much temptation. Blake stated "Oh it's good. That's the problem. My tongue would wonder. Hehe". Blake asked me what I have done with a guy (sex). I told him that I have rubbed with a guy and then I asked him what he has done. Blake stated "Massage suck rim kiss cuddle fuck play with feet". Blake asked me if I was naked and if my feet were bare. Blake asked me what type of undies I was wearing. "Blake stated "HOT" Blake directed me to put my feet in his face. Blake stated that he was lying naked on a couch slowly jerking off. Blake stated that he wanted to massage my feet. Blake asked me if I would enjoy that.

12.  Blake and I did not talk on 7-21-12 but we did start again on 7-22-12.  I sent Blake a foot picture on the social network. Blake stated that he was staring at the picture of my foot. Blake stated that he wanted to adopt me.

8

Blake again asked me to send more pictures of the boy. Blake stated that we should talk on the phone sometime. Blake called me on my UC phone. The phone call was recorded. Blake stated that we should watch a movie together at his house. Blake stated that we could meet this weekend and I said sure.

13. Over the next several days we texted and chatted on two social networks. On 7-26-12 Blake invited me to go swimming with him on 7-27-12. During the chat Blake was afraid that he would get arrested and wanted to be sure I was not law enforcement and that I was actually a child. Blake suggested that he drive by me on the street to know that I was really a kid. A meeting time and place was discussed and agreed on. In previous chats Blake stated that he drove a Black Mercedes C250 with tinted windows.

14. On 7-26-12 at approximately 7:30 PM Scott A Blake was driving around the parking lot of the meeting place in Boynton Beach, FL, for approximately 10 to 15 minutes. He was circling the parking lot. It should be noted that Scott A Blake lives in Palm Beach Gardens. Blake was in communication with me prior to the meet. After Blake drove by the meeting point I directed Agent Raines to do a traffic stop on the vehicle. Blake exited the car and was positively

9

identified as Scott A Blake. On the driver's seat was a Palm Beach County School Board identification card that showed him as a Principal for the school board. In the cup holder of the car was an iPhone. Blake was transported to BBPD for processing.

15. Upon reviewing Blake's Facebook account that was open to the public, it showed pictures of a Principals Office. I did a check in DHSMV and Blake's driver's license photo which matched his other photos on Facebook and the social network.

16. Based on the foregoing facts, your affiant believes there is probable cause to believe that Scott A. Blake has committed the offense of attempted enticement of a minor to engage in an unlawful sex act, in violation of Title 18, United States Code, Section 2422(b).

_____
CHARLIE RAMOS
TFO ICAC

Subscribed and sworn to before me
this 23 day of August, 2012.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-

UNITED STATES OF AMERICA

vs.

SCOTT A. BLAKE,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __x__ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY:   LOTHROP MORRIS
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 095044
        500 Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        (561) 820-8711
        (561) 820-8777 (FAX)
        LOTHROP.MORRIS@USDOJ.GOV